IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal Number: 7:20-CR-025-O |
| | § | |
| DAREN SCOT ELLIOTT | § | |

## REPORT OF ACTION AND RECOMMENDATION ON PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

This Report of Action on Plea is submitted to the court under 28 U.S.C. § 636(b)(3). This case has been referred by the United States district judge to the undersigned for the taking of a guilty plea. The parties have consented to appear before a United States magistrate judge for these purposes.

By electronic order entered on April 12, 2021, the United States district judge also referred to the undersigned the Joint Motion to Accept Amended Plea Agreement (ECF No. 59) filed on April 9, 2021. Based upon the Joint Motion and the testimony of the defendant at the hearing today, the undersigned recommends that the United States district judge grant the Joint Motion to Accept Amended Plea Agreement (ECF No. 59).

The defendant appeared with counsel before the undersigned United States magistrate judge who addressed the defendant personally in open court and informed the defendant of, and determined that the defendant understood, the admonitions contained in Rule 11 of the Federal Rules of Criminal Procedure.

The defendant pleaded guilty to Count One (1) of the Superseding Indictment (EFC No. 26) charging the defendant with a violation of 18 U.S.C § 1343. The undersigned magistrate judge finds the following:

   1. The defendant, upon advice of counsel, has consented orally and in writing to enter this guilty plea before a magistrate judge subject to final approval and sentencing by the

presiding district judge;

2. The defendant fully understands the nature of the charges and penalties;

3. The defendant understands all constitutional and statutory rights and wishes to waive these rights, including right to a trial by jury and the right to appear before a United States district judge;

4. The defendant's plea is made freely and voluntarily;

5. The defendant is competent to enter this plea of guilty;

6. There is a factual basis for the plea; and

7. The ends of justice are served by acceptance of the defendant's plea of guilty.

Although I have conducted these proceedings, accepted the defendant's plea of guilty, and recommended that the United States district judge find him guilty, upon the defendant's consent and the referral from the United States district judge, that judge has the power to review my actions in this proceeding and possesses final decision-making authority. Thus, if the defendant has any objections to the findings or any other action of the undersigned, including the undersigned's recommendation that the United States district judge grant the parties' Joint Motion to Accept Amended Plea Agreement (ECF No. 59), he should make those known to the United States district judge within fourteen (14) days of today.

I recommend that defendant's plea of guilty be accepted, that the defendant be adjudged guilty by the United States district judge, and that sentence be imposed accordingly. As noted above, I also recommend that the United States district judge grant the Joint Motion to Accept Amended Pea Agreement (ECF No. 59).

Additionally the defendant wishes to address the Report of Violation of Conditions of Pretrial Release, ECF No. 54, and the issue of detention. Accordingly, the Court sets a hearing on this matter on Wednesday, April 21, 2021, at 11:15 a.m. It is ordered that pending this hearing,

the defendant shall be detained in the custody of the United States Marshal and produced for the hearing set forth above.

    Signed April 16, 2021.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE